legal, and that the sheriff was holding him legally under said judgment of conviction.

There is among the papers a purported statement of facts, neither signed by the attorneys nor approved by the trial judge. We find nothing in the record which may be considered that in any way contradicts the findings of Judge Rogers in the remanding order.

The judgment is affirmed.

### GRODA v. STATE.
### No. 21724.

Court of Criminal Appeals of Texas.

Nov. 12, 1941.

J. G. Minkert, of Bryan, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for wife and child desertion. The punishment assessed is confinement in the state penitentiary for one year.

The record is before us without a statement of facts or bills of exception. The indictment and all matters of procedure appear regular.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.